DEMAREST et al., Appellants, v. COLER, Comptroller, Respondent. (Supreme Court, Appellate Division, First Department. August 10, 1898.) Action by, Walter B. Demarest and others against Bird S. Coler, comptroller. J. G. Quinn, for appellants. T. Connoly, for respondent. No opinion. Order affirmed, with $50 costs and disbursements.

DE PUY, Respondent, v. KANN, Appellant. (Supreme Court, Appellate Division, Second Department. July 7, 1898.) Action by Esther De Puy against William L. Kann. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days the plaintiff stipulates to reduce recovery of damages to $750, and extra allowance proportionately, in which case the judgment as modified is unanimously affirmed, with costs.

DEXTER SULPHITE PULP & PAPER CO. et al., Respondents, v. TAGGARTS PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by the Dexter Sulphite Pulp & Paper Company and others against the Taggarts .Paper Company. No opinion. Judgment affirmed, with costs.

DICKERSON, Respondent, v. PETTY, Appellant. (Supreme Court, Appellate Division, Second Department. July 11, 1898.) Action by William M. Dickerson against Amasa A. Petty. No opinion. Judgment and order affirmed, with costs.

DIEPENBROCK, Appellant, v. BORGIA, Respondent. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by Melchior B. Diepenbrock against Domenica Borgia. William Philppeau, for appellant. Charles D. Folsom, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

DOLAN v. ROTHSCHILD. (Supreme Court, Appellate Division, First Department. June 28. 1898.) Action by Thomas Dolan against Justus Rothschild. No opinion. Motion denied.

DONNELLY, Respondent, v. McARDLE, Appellant. (Supreme Court, Appellate Division, First Department. June 17, 1898.) Action by Michael Donnelly against Patrick J. McArdle. L. H. Bevans, for appellant. A. I. Elkus, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 43 N. Y. Supp. 560, 50 N. Y. Supp. 1126.

DOORLEY v. O'GORMAN. (Supreme Court, Appellate Division, First Department. August 10, 1898.) Action by Timothy Doorley against Mary O'Gorman. No opinion. Motion denied, with $10 costs. See 52 N. Y. Supp. 536, 1140.

DOUGLAS et al., Respondents, v. CARPENTER, Appellant. (Supreme Court, Appellate Division, First Department. March Term, 1898.) Action by John F. Douglas and Willard H. Jones against Robert B. Carpenter. No opinion. Order affirmed, with $10 costs and disbursements. See 45 N. Y. Supp. 219.

DURANT, Respondent, v. HALL, Appellant. (Supreme Court, Appellate Division, First Department. March Term, 1898.) Action by Ghislani Durant against Lucy A. Hall. No opinion. Order affirmed, with $10 costs and disbursements.

EASTLAND, Plaintiff, v. CLARKE, Defendant. (Supreme Court, Appellate Division, Fourth Department. March Term, 1898.) For memorandum opinion, see 51 N. Y. Supp. 1140.

GREEN, J. (dissenting). It does not seem to me that the question of negligence of a co-employé is presented. The plaintiff and the butler were not engaged in a common enterprise or common employment. The butler did not assist or direct plaintiff in getting in the wood. The plaintiff was hired by defendant, and directed what to do, but she said she would send word by the butler as to where plaintiff should put the wood. This was all that was done by the butler. The defendant owed the duty to plaintiff of having a safe place in which to do the work. The plaintiff was hired for a temporary job. The butler was in the permanent employ of the defendant, and had nothing to do with getting the wood into the cellar. There is nothing to show that the butler left the opening uncovered. He may have done so or not. If he did, it was long before the employment of the plaintiff by defendant, and the latter was bound to know that the place in which plaintiff was to do the work was a safe and proper place. The case should have been submitted to the jury on all the questions.

FECHTMAN et al., Appellants, v. WATSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by L. Foreman Fechtman and others against Charles Watson, assignor, and James L. Hotchkiss, as assignee of Charles Watson, for the benefit of creditors. No opinion. Judgment affirmed, with costs, but without prejudice to the rights of the creditors to contest the amount due the preferred creditors upon the final accounting.

FELBEL v. KAHN. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by Edward Felbel against German Kahn. No opinion. Motion denied, with $10 costs. See 51 N. Y. Supp. 435.

FLYNN, Respondent, v. FLYNN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 28, 1898.) Action by Annie D. Flynn against Mary C. Flynn and others. No opinion. Order affirmed, with $10 costs and disbursements.